IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CORETTA COLLIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-1224-D |
| ) | |
| LOUIS DeJOY; and VICTORIA POLITO, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiff's *pro se* Motion for Leave to Proceed In Forma Pauperis [Doc. No. 2]. On November 27, 2024, the assigned magistrate judge issued a Report and Recommendation [Doc. No. 5], recommending that Plaintiff's IFP motion be denied. Thereafter, Plaintiff paid the filing fee in full [Doc. No. 6]. Accordingly, the Court **STRIKES** Plaintiff's Motion for Leave to Proceed In Forma Pauperis [Doc. No. 2] as **MOOT**.

Also before the Court is Plaintiff's Motion for a Court Appointed Attorney [Doc. No. 3]. Plaintiff asserts no authority for such appointment. The Court notes that "a civil litigant … does not have a Sixth Amendment right to counsel." *Davis v. Clifford*, 825 F.3d 1131, 1137 n.3 (10th Cir. 2016); *Durre v. Dempsey*, 869 F.2d 543, 547 (10th Cir. 1989) ("There is no constitutional right to appointed counsel in a civil case."). Although the Court has discretion to "request an attorney to represent any person unable to afford counsel" under 28 U.S.C. § 1915(e)(1) in proceedings brought *in forma pauperis*, the record reflects

1

2

that Plaintiff has paid all fees associated with filing this action [Doc. No. 6]. For these reasons, Plaintiff's Motion for a Court Appointed Attorney [Doc. No. 3] is **DENIED**.

**IT IS SO ORDERED** this 6th day of December, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge