IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CORETTA COLLIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-1224-D |
| | ) |
| LOUIS DeJOY; and VICTORIA POLITO, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court is in receipt of correspondence from Plaintiff [Doc. No. 15], in which she outlines her attempts to serve Defendants in this matter. Upon review of the purported proofs of service [Doc. No. 8], the Court finds that Plaintiff has not effected service on either Defendant. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, a party to litigation may not act as the service agent. FED. R. CIV. P. 4(c)(2) ("Any person who is at least 18 years old *and not a party* may serve a summons and complaint."). Rule 4(c)(2) applies even in instances where service is attempted via certified mail. *See Constien v. United States*, 628 F.3d 1207, 1213 (10th Cir. 2010) ("Even when service is effected by use of the mail, only a nonparty can place the summons and complaint in the mail."). Further, it appears that Plaintiff's attempted service copies were incomplete and missing certain exhibits attached to Plaintiff's complaint.

**IT IS THEREFORE ORDERED** that Plaintiff is directed to effect proper service on Defendants of both the summons and complaint **within 30 days of this Order**. Plaintiff is encouraged to review Rule 4 of the Federal Rules of Civil Procedure, and particularly

1

Rule 4(i) for serving the United States and its agencies, corporations, officers, or employees, in order to ensure effective service. If service has not been effected in accordance with Rule 4 within 30 days of this Order, this action may be dismissed without prejudice.

**IT IS SO ORDERED** this 12th day of March, 2025.

TIMOTHY D. DeGIUSTI
Chief United States District Judge